

Jon

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

December 14, 2020

**BY ECF**

**MEMORANDUM ENDORSEMENT**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:  *Deloatch v. Comm'r of Soc. Sec.*, No. 20-cv-06957-GWG

Dear Judge Gorenstein:

    This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff appeals the Commissioner's decision to deny her application for Social Security disability benefits.

    I respectfully write to request, with the plaintiff's consent, a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from December 15, 2020, to February 15, 2021, which will yield the following extended deadlines pursuant to the Standing Order In Re Motions for Judgment on the Pleadings in Social Security Cases (Dkt. No. 5):

| Filing | Deadline |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | April 15, 2021 |
| Commissioner's Cross-Motion for Judgment on the Pleadings | June 15, 2021 |
| Plaintiff's Reply, if any | July 6, 2021 |

    The extension is necessary due to delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

Page 2

The plaintiff consents to this request for an extension, and this is the first request for an extension of time in in this case. I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

BY: /s/ Amanda F. Parsels
AMANDA F. PARSELS
Assistant United States Attorney
Tel.: (212) 637-2780
Cell: (646) 596-1952
Email: amanda.parsels@usdoj.gov

cc: Howard Olinksy, Esq. (by ECF)
*Attorney for Plaintiff*

**The proposed schedule is approved.**

**So Ordered.**

GABRIEL W. GORENSTEIN
United States Magistrate Judge
**December 15, 2020**