**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
REBECCA DELOATCH,

                Plaintiff,                          20 **CIVIL** 6957 (GWG)

        -against-                              **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL:
SECURITY,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated January 28 2022, Deloatch's motion for judgment on the pleadings (Docket # 26) is granted and the Commissioner's cross-motion (Docket # 30) is denied. The matter is remanded to the agency for further proceedings consistent with this opinion.

**Dated:** New York, New York
           January 28, 2022

                                                  **RUBY J. KRAJICK**
                                                _____
                                                  **Clerk of Court**
                                  **BY:**
                                                  **Deputy Clerk**